

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Karen Endsley, Brad Endsley, and Endsley
Electric, Inc. d/b/a Industrial Power
Systems, Inc., Appellants

No. 06-13-00018-CV          v.

Miller, James, Miller & Hornsby, L.L.P.,
Appellee

Appeal from the County Court at Law of
Bowie County, Texas (Tr. Ct. No.
12C1571-CCL).   Memorandum Opinion
delivered by Justice Carter, Chief Justice
Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed

for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellants pay all costs of this appeal.

RENDERED AUGUST 15, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk